IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SABRINA TAPP-HARPER,
    *Plaintiff*,

v.

SHERIFF SAMUEL COGEN,
    *Defendant*

Case No. 24-cv-2498-ABA

**ORDER**

Upon consideration of Plaintiff's amended complaint, Defendant's pending motions to dismiss, and all opposition and replies thereto, the Court hereby ORDERS as follows:

1. Defendant's motion to dismiss the amended complaint (ECF No. 11) is GRANTED IN PART (as to counts 1, 2, and 4 through 10) and DENIED IN PART (as to count 3).

2. Defendant's motion to dismiss the original complaint (ECF No. 9) is DENIED AS MOOT.

3. Within 21 days of this Order, the parties shall file a joint status report with a proposed schedule for discovery and further dispositive motions. The joint status report shall also indicate whether the parties (a) wish to participate in a settlement conference and, if so, the phase of the case (*e.g.*, promptly, or after the conclusion of discovery), (b) unanimously consent to proceed before a United States Magistrate Judge, and (c) anticipate exchanging discovery of electronically-stored information (ESI) and, if so, whether any disputes regarding the ESI-related discovery are anticipated.

Date:  August 21, 2025                                        _____/s/_____
                                                              Adam B. Abelson
                                                              United States District Judge