IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SABRINA TAPP-HARPER, | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No.: 1:24-cv-2498 |
| | * | |
| | * | |
| SHERIFF SAMUEL COGEN, In his individual and official capacity | * | |
| | * | |
| Defendant | * | |
| | * | |

*******************************************************************************

## AMENDED SCHEDULING ORDER

Upon consideration of the Parties' Joint Motion to Amend Scheduling Order (ECF No. 22), and for good cause shown, it is this 13th day of January, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1. The Joint Motion is GRANTED.

2. The Scheduling Order entered on September 11, 2025 (ECF No. 19) is AMENDED such that the remaining deadlines are extended by ninety (90) days as follows:

| Event | Amended Deadline |
|---|---|
| Discovery deadline; submission of status report | April 13, 2026 |
| Requests for admission | April 20, 2026 |
| Dispositive pretrial motions deadline | May 21, 2026 |

3. All other provisions of the prior Scheduling Order remain in full force and effect, except as specifically modified herein.

SO ORDERED.

_____/s/_____
Adam B. Abelson
United States District Judge

1