**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SABRINA V. TAPP-HARPER, | * |
|     Plaintiff, | * |
| | * |
| v. | *    Civil Action No. 1:24-cv-02498-ABA |
| | * |
| SHERIFF SAMUEL COGEN, | * |
| in his individual capacity, | * |
|     Defendant. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SERVICE OF SUBPOENA**

TO THE HONORABLE COURT AND TO ALL PARTIES OF RECORD:

Sheridan T. Yeary, Esq., counsel for Plaintiff Sabrina V. Tapp-Harper, hereby provides notice that a Subpoena to Produce Documents, Information, or Objects ("Subpoena") has been served upon the Maryland Police and Correctional Training Commission, pursuant to Federal Rule of Civil Procedure 45.

**I.    SERVICE INFORMATION**

Subpoena Served Upon:    Maryland Police and Correctional Training Commission
                                       6852 4th Street
                                       Sykesville, Maryland 21784

Date of Service: January 15, 2026

Method of Service: Via USPS certified mail, return receipt requested

**II.    SUBPOENA DETAILS**

Date Subpoena Issued: January 13, 2026

Responding Party Counsel: None identified; subpoena directed to government agency

**III.    COMPLIANCE WITH FED. R. CIV. P. 45(a)(4)**

      This Notice is served in compliance with Federal Rule of Civil Procedure 45(a)(4), which requires that when a subpoena commands the production of documents before

trial, a notice and a copy of the subpoena must be served on each party to the case before service on the person to whom it is directed.

The undersigned hereby certifies that a complete copy of the Subpoena, including all attachments and exhibits, has been served on all parties to this litigation or their counsel of record, as follows:

Parties Served: Alexis Gbemudu, Esq.; agbemudu@oag.maryland.gov

Date of Service on Parties: January 20, 2026

Method of Service on Parties: Email

IV.    **PROOF OF SERVICE**

The undersigned declares under penalty of perjury that the foregoing is true and correct. The Subpoena was served on the Maryland Police and Correctional Training Commission in accordance with the Federal Rules of Civil Procedure on the date and by the method set forth above.

Date: January 20, 2026                             Respectfully submitted,

/s/ Sheridan T. Yeary, Esq.
Sheridan T. Yeary, Esq., #21657
The Yeary Firm, LLC
P.O. Box 682
Columbia, Maryland 21045
(202) 770-7204 (o); (410) 275-3199 (f)
styeary@yearylegal.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF SERVICE OF SUBPOENA was served upon all counsel of record via CM/ECF on this 20th day of January 2026.

/s/ Sheridan T. Yeary, Esq.
Sheridan T. Yeary, Esq., #21657