**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

SABRINA TAPP-HARPER,            \*

         Plaintiff      \*

                                     \*

                                     \*

         v.                             \*       Civil No.: 1:24-cv-2498

                                     \*

                                     \*

SHERIFF SAMUEL COGEN, In his individual \*
and official capacity                         \*

         Defendant      \*

                                     \*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### JOINT MOTION TO AMEND THE SCHEDULING ORDER

Defendant Sheriff Samuel Cogen and Plaintiff Sabrina Tapp-Harper, by and through undersigned counsel, respectfully submit this Joint Motion to Amend the Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4) and state as follows:

1. The Court's amended scheduling order (ECF No. 23) in this employment matter establishes deadlines for, among other things, a discovery deadline of April 13, 2026, a deadline for requests for admission of April 20, 2026, and a dispositive pretrial motions deadline of May 21, 2026.

2. Defendant served interrogatories and requests for production of documents upon Plaintiff on October 31, 2025. Plaintiff's responses were just recently provided, and the delay has prevented the parties from proceeding to the deposition phase in an orderly fashion. Given the status of written discovery, the parties agree that it would be premature to conduct depositions before Defendant has had a reasonable opportunity to review Plaintiff's responses and produced documents. Proceeding otherwise would not serve the interests of either party or the efficient use of judicial resources.

3. The parties exchanged multiple emails, resulting in a meet-and-confer telephonic conference held on March 30, 2026, pursuant to local rule 104.7. Following that conference, plaintiff's counsel represented that outstanding discovery responses would be sent to defense counsel this week, which has been satisfied. Plaintiff's counsel has apologized for the delay and, as a solo practitioner, stated that the press of other trials, along with personal matters, was the cause of the delay.

1

4. Good cause exists under Fed. R. Civ. P. 16(b)(4) to modify the Scheduling Order. The requested extension is necessary to permit the orderly completion of fact discovery, including obtaining Plaintiff's long-overdue discovery responses and conducting the deposition of the named parties on the surviving retaliation count.

5. The parties respectfully request that all remaining deadlines in the current Scheduling Order be extended by ninety (90) days as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery deadline; submission of status report | April 13, 2026 | July 13, 2026 |
| Requests for admission | April 20, 2026 | July 20, 2026 |
| Dispositive pretrial motions deadline | May 21, 2026 | August 19, 2026 |

6. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant Sheriff Samuel Cogen and Plaintiff Sabrina Tapp-Harper respectfully request that the Court grant this Joint Motion, enter the attached Proposed Amended Scheduling Order extending the remaining deadlines by ninety (90) days as set forth above, and grant such other and further relief as the Court deems just and proper.

Dated: April 1, 2026

Respectfully submitted,

<table>
<tr><td></td><td>ANTHONY G. BROWN<br>Attorney General of Maryland</td></tr>
<tr><td>/s/ Sheridan T. Yeary<br>Sheridan T. Yeary (Bar No. 21657)<br>The Yeary Firm, LLC<br>P.O. Box 682<br>Columbia, MD 21045<br>(202) 770-7204 (o)<br>(410) 275-3199 (f)<br>styeary@yearylegal.com<br>Counsel for Plaintiff<br>Sabrina Tapp-Harper</td><td>/s/ Alexis I. Gbemudu<br>Alexis I. Gbemudu (Bar No. 22021)<br>Assistant Attorney General<br>Off. of the Attorney General of Maryland<br>200 St. Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576-7011<br>(410) 576-6955 (f)<br>agbemudu@oag.maryland.gov<br>Counsel for Defendant<br>Sheriff Samuel Cogen</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March 2026, a copy of the foregoing Joint Motion to Amend the Scheduling Order was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Alexis Gbemudu
Alexis Gbemudu (Bar No. 22021)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

SABRINA TAPP-HARPER,       *

           Plaintiff      *

                      *

     v.                  *       Civil No.: 1:24-cv-2498

                      *

                      *

SHERIFF SAMUEL COGEN, In his individual *

and official capacity          *

           Defendant    *

                      *

******************************************************************************

## PROPOSED AMENDED SCHEDULING ORDER

Upon consideration of the parties Joint Motion to Amend the Scheduling Order, and

for good cause shown, it is this _____ day of _____, 2026, by the United States

District Court for the District of Maryland, ORDERED that:

1. The Joint Motion is GRANTED.

2. The Scheduling Order entered on January 13, 2026 (ECF No. 23) is AMENDED such
   that the remaining deadlines are extended by ninety (90) days as follows:

| Event | Amended Deadline |
| --- | --- |
| Discovery deadline; submission of status report | July 13, 2026 |
| Requests for admission | July 20, 2026 |
| Dispositive pretrial motions deadline | August 19, 2026 |

3. All other provisions of the prior Scheduling Order remain in full force and effect,
   except as specifically modified herein.

SO ORDERED.

_____
Adam B. Abelson
United States District Judge

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March 2026, a copy of the foregoing Proposed Amended Scheduling Order was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Alexis Gbemudu
Alexis Gbemudu (Bar No. 22021)