**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SABRINA TAPP-HARPER,                           *

                    Plaintiff        *

                                   *

      v.                                           *      Civil No.: 1:24-cv-2498

                                   *

                                   *

SHERIFF SAMUEL COGEN, In his individual *
and official capacity                          *

                    Defendant     *

                                   *

*********************************************************************

**AMENDED SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order (ECF No. 25), and for good cause shown, it is this 2nd day of April, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1.  The Joint Motion is GRANTED.

2.  The Scheduling Order entered on January 13, 2026 (ECF No. 23) is AMENDED such that the remaining deadlines are extended by ninety (90) days as follows:

| Event | Amended Deadline |
|---|---|
| Discovery deadline; submission of status report | July 13, 2026 |
| Requests for admission | July 20, 2026 |
| Dispositive pretrial motions deadline | August 19, 2026 |

3.  All other provisions of the prior Scheduling Order remain in full force and effect, except as specifically modified herein.

SO ORDERED.

_____/s/_____
Adam B. Abelson
United States District Judge