DO NOT WRITE IN THIS SPACE
FOR USE BY EEO OFFICE

______________ vs.

______________
COMPLAINANT

RESPONDENT CASE NO.

______________
DATE FILED ______________

# DISCRIMINATION COMPLAINT FORM

**Please print the following information:**

Last Name: Tapp-Harper First: Sabrina M.I. V

D.O.B. 10/07/1967

Home Address: 100 E. Redwood Street Apt. 2023

City: Baltimore State: MD Zip Code: 21202

Home Telephone (540 )630 0085

Title: Major Unit/Dept.: BCSO

Office Telephone (___) 410-396-2411
Supervisor/Manager's Name: Henry Martin

**Name of Agency you believe discriminated against you (Respondent):** BCSO

**Agency Address:** 100 N Calvert St

**City:** Baltimore **State** MD **Zip Code** 21202 **What is the basis of the alleged discrimination? (Check only those that apply to your complaint)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age | ☐ | Marital Status | ☐ | Ancestry | ☐ | Genetic Information | ☐ |
| Color | ☐ | Race | ☐ | Creed | ☐ | Religion | ☐ |
| National Origin | ☐ | Sex(gender) | ☑ | Mental or Physical Disability | ☐ | Gender Identity and Expression | ☐ |
| Retaliation | ☐ | | | | | | |

**What issues are associated with your complaint?**

Recruitment ______________
Failure to Hire ______________
Performance Evaluation ______________
Demotion ______________
Discharge ______________
Sexual Harassment ______________
Transfer ______________
Promotion ______________
Working Conditions XX
Other XX

**When did the alleged discrimination occur?**

Date:
Most recent incident discussion on August 5, 2021-various incidents related back to January 2019.

**Where did the alleged discrimination occur?**

Location:
Courthouses and offices of the Baltimore City Sheriff's Office

**Describe what happened.** (Please use extra pages if necessary.)

On 8/5/21, I met with Sheriff Anderson, at my request to speak with him about what I believed was unfair handling of the offices when commanders were transferred. I provided specific examples and told the Sheriff that on more than one occassion, I was removed and my office was turned over to a male commander. in In January 2019, I was reassigned to Special Operations, Major Walters was moved into my office in Education and Training. I am now assuming Command of Education and Training , Major Walters has been reassigned to Tech and the Camera room, but he is not being relocated. Resultantly, Maj. Walters should be relocated and I should go in the office he currently occupies, which has always been the E &T Commander's. I made the Sheriff aware that on the last occasion when my office was moved, Assistant Sheriff Cogen moved into my office without my knowledge while i was on vacation. Chief Henry Martin, who was present at this meeting (Director Eness Brown was present as well) spoke up and stated the Assistant Sheriff Cogen, "Finagled his way into the office and it was only suppose to be temporary. He (AS Cogen) was supposed to be in the office where she (Maj. Tapp-Harper) is. He just never moved." At that point Sheriff Anderson directed me to the EEO Office to file a complaint and have them handle the matter from there and asked Director Brown to escort me to the office. (continued)

Discrimination Complaint Form (Continued)

Since January 2019, I have been reassigned four different times, and moved three (4th pending), (1-DV and Education and Training - Special Ops, 2-Spec Ops-District Court, 3-District Court-PIO, 4-PIO-Education and Training). I requested an audience with the Sheriff when Chief Martin moved me to what he then called "Hughes' Office." I objected to the move then and specifically noted on 10/28/19 in a meeting with Chief Martin when he asked me was I okay with the move. I told Chief Martin I was not okay with the move and I still wanted to speak with Sheriff Anderson. He said he would let me know and I never heard back from him about the matter.

Major J. Gruzs, who was a lieutenant when I started as the Domestic Violence Commander and created the In-Service Program for the Baltimore City Sheriff's Office that was non-existent prior to 2014. Major Gruzs was recently assigned as Chief of Special Operations and Domestic Violence and his office has not been moved in the seven years I have been with the Sheriff's Office.

In August of 2020, recently promoted Deputy Sheriff Gough stated while at the academy at Sykesville, "Xavier Harper's mother ain't shit. Don't nobody fuck with her at the Sheriff's Office." My son called me with this information and I immediately relayed it to Chief Martin. I was in Chief Martin's Office with Major Walters on 5/22/19 when Walters started the meeting with the statement, "I'm gonna need the good Major to stay in her lane." I looked at Chief Martin in disbelief. The discussion was about something trivial involving a lieutenant who called my departmental phone, but Chief Martin said to me privately that Walters was very emotional like a rejected lover. Deputy Anthony Baylor advised me that when his daughter was diagnosed as positive for COVID-19 and he notified me, he was questioned about that by Major Walters. A deputy who I gave some instructions about parking on Lexington St. concerning the Mayor, also notified me a Captain came right behind me and questioned him about what I said (I can provide that deputy's information if needed). I mention these additional examples, to support the discriminatory use of the agency facilities as it relates to me, a woman commander, and the behavior is further perpetuated by creating a hostile work environment because members who work here and associate with me are questioned, made to feel uncomfortable, disciplined, made the subject of some type of intimidation, may be subjected to frivolous charges, could be passed over for promotion, or can be the subject of some other type of disparate treatment or retaliation, as they have watched what many believe, occurred, already to me and others.

I have told Chief Martin that these are frivolous charges (see political activity, non-punitive counseling, alleged violation expired, older than one year), and other reports.

Respectfully,

Sabrina Tapp-Harper

Were there any witnesses to the alleged discrimination? Yes X___ No ___

If yes, Please provide witnesses names and contact number.
Attached Bruce Wallace - Captain - Parking

Have efforts been made to resolve this complaint? Yes X__ No ___ If yes, what is the status?

Matter referred to BCSO - EEO Officer - Pending

**What corrective action do you believe would address your complaint?**
Place Major Sabrina Tapp-Harper in the appropriate Office for Education and Training Commander
Reassign Donald Walters to another office as appropriate, since he has been reassigned
Cease and desist creating frivolous disciplinary cases and seeking to open cases on members to intimidate

Have you filed a previous complaint of alleged discrimination? Yes _____ No X_______
If so, please describe the incident and when it occurred.

Who did you file this complaint with: EEOC _____ MCCR _____ Other _____

***Please notify the EEO Office of any changes of address and telephone number during the period of the investigation.**

## AFFIRMATION

**I affirm that I have read the above charge and that it is true to the best of my knowledge,
information and belief.**

Salvina V. Dago Hay — **Signature**

9/7/2021 — **Date**

**NOTICE CONCERNING YOUR RIGHTS TO FILE A COMPLAINT WITH CIVIL RIGHTS ENFORCEMENT AGENCIES.**

Any employee or applicant for employment who believes that he or she has experienced discrimination has a right to file a formal complaint with the federal or State agency listed below. ***A person does not give up this right when he or she files a complaint with the Fair Practices Office***. The following federal and State agencies enforces laws against discrimination:

- **Maryland Commission on Civil Rights**
  St. Paul Street, 9th Floor
  Baltimore, Maryland 21201
  Phone: 410-767-8600

- **United States Equal Employment Opportunity Commission**
  10 South Howard Street, 3rd Floor
  Baltimore, Maryland 21201
  Phone: 410-962-3932

**STATUTORY TIME PERIODS FOR THE TIMELY FILING OF CHARGES OF DISCRIMINATION (MEASURE FROM THE OCCURRENCE OF A DISCRIMINATORY ACTION):**

1. **State Fair Practices Offices – within 30 days after 1st knowing or reasonably knowing (SPPA§ 5-211 (b))**

2. **Maryland Commission on Civil Rights – Six months - (State Government Article Title 20, Annotated Code of Maryland).**

3. **United States Equal Employment Opportunity Commission – 300 DAYS-Unless a proceeding involving same acts is instituted first before the Maryland Commission on Civil Rights.**

**Confidentiality – Information obtained as part of an investigation conducted under this SPPA § 5-214 is confidential within the meaning of Title 10, Subtitle 6 of the State Government Article.**

---

**AFFIRMATION**

I affirm that I have read the above notice concerning my rights to file a complaint with federal, state, and local civil rights enforcement agencies at anytime before or after I file an internal complaint with the EEO Office, and am aware of my filing deadlines for those agencies.

Sabrina V. Suggs Harper 9/07/2021

Complainant's Signature Date

**(Please provide a copy of this form to the Complainant)**

DISCRIMINATION COMPLAINT FORM

Addendum to Report submitted on September 7, 2021

9/29/2021-I respectfully report the following update in reference to my ongoing gender discrimination and continued hostile environment at the Baltimore City Sheriff's Office. I would like to report an incident which occurred on 9/27/21, at a Command Staff Meeting held by Sheriff John Anderson. Present at the meeting were Chief Henry Martin, Assistant Sheriff Samuel Cogen, Major Donald Walters, Major Christopher Gruzs, and myself Major Sabrina Tapp-Harper. Sheriff Anderson gave everyone an opportunity to speak about basically what they had going on in their areas of responsibility. Assistant Sheriff Cogen brought up Alexis Wilkerson, who he said had separated from the Baltimore City Sheriff's Office and went to MTA, and they were in the process of speaking with the City Solicitor and going after her for $12,000 because she had signed a promissory note indicating that she would pay the office back if she separated within a certain period of time. There was some mention of this being a new rule. I spoke up because I recalled seeing a black female, who I was surprised to learn had left the agency in the courthouse about two weeks earlier, but I only recalled the name Alexis and stated she went to Transportation Authority. I also asked if the Sheriff's Office had anyone else who left in this manner? Assistant Sheriff Cogen responded, "No," but Chief Deputy Martin responded, "Yes." Sheriff Anderson said well that's between the City Solicitor and the individual. I again spoke up and said, but the City Solicitor had to be approached by someone from this office to initiate this. To that, Assistant Sheriff Cogen responded Eness Brown.

Assistant Sheriff Cogen requested to speak with me after the meeting and we talked about his neighborhood where he is community president, but we got back to the discussion about Alexis Wilkerson. He said it was all perfectly legal. I told the Assistant Sheriff, I did not think that mattered. I additionally told Assistant Sheriff Cogen, we don't do everything we have the power to do, because we can do it. My example was Use of Force. We don't automatically execute deadly force just because we can in every situation. The Assistant Sheriff then told me that he and I were saying the same thing and that the City Solicitor was not going after Alexis Wilkerson. That was not my understanding in the staff meeting. He started saying other things about the IG, and I (Tapp-Harper) have options he does not because I get a pension already. He went on to say this was his last year working with the Sheriff's Office, and he planned to retire next May. Assistant Sheriff Cogen asked me if I understood where he was coming from, I told him I honestly did not. The Assistant Sheriff had one conversation in the Command Meeting and an entirely different one, privately, with me.

This is just another example of a male-dominated culture that nurtures and encourages management officers to abuse their power, and to relentlessly utilize unfair practices in any and all ways possible to crush, oppress, demean, degrade, disrespect, bully, intimidate, mock, and make my life, and that of other black women as miserable as possible. They have created a profoundly toxic work environment. Further evidence of this gender inequality is the fact that all the male majors are referenced as Chiefs: Chief of Operations, Chief of Purchasing and Technology, Chief of Security and even two male civilians: Chief Financial Officer, Chief of Community Relations (New Hire). I am referenced as Deputy Sheriff Major Sabrina Tapp-Harper (see attached documents).

Additionally, all of my male fellow commanders have been promoted at least one time with the exception of Chief Deputy Henry Martin, who is second in Command.

-Assistant Sheriff Cogen-Promoted One Time

-Major Christopher Gruzs-Promoted two times

-Major Donald Walters-Promoted two times

-Major Spencer Giles-Promoted two times

I have provided the Baltimore City Sheriff's Office with numerous ground-breaking, historical, opportunities in my 7 year, 9 month tenure:

-Nationally-recognized, award-winning Domestic Violence Unit

-Created the Domestic Violence Pamphlet/Poster for the Baltimore City Sheriff's Office

-Created the Baltimore City Sheriff's Office In-Service Training Program

-Introduced the Officer-In-Charge Program to the Baltimore City Sheriff's Office

-The Planning Pro behind the historical Freddie Gray Trials (anonymous jury, media planning, etc)

-As Public Information Officer Navigated the Office with tact and avoided major crisis

-Appeared with Attorney General Lorretta Lynch on the roll out of the Gender Bias Guide for Law Enforcement

-Invited speaker around the country on Human Trafficking

-Invited Speaker around the country on the Intersection of Domestic Violence and Guns

-The Baltimore City Sheriff's Office is regularly invited to the National stage-Congressional hearings, COPS Office,etc

-Solved issue with mailings that has long existed while assigned to District Court

-Successfully completed Education and Training audit in April 2017

-Successfully completed an audit of MILES

-Successfully completed an audit of Protective Orders

I have a B.S. in Criminal Justice from Coppin State University and a M.S. in Applied Behavioral Science from Johns Hopkins University.

I would like to update the Corrective Action Plan by adding the following:

What corrective action do you believe would address your complaint?

**Promote/Appoint me as appropriate and fair** - I have provided clear and sound evidence how males were promoted, some who were hired after me, some multiple times, while I was being ostracized, shifted around, and made to feel pressured into quitting my job. I continued to do my job, but after nearly eight years of service, the way to correct this, is by providing me with the promotion that is due to me.

**Create a Clear and Sound Organizational Chart-** Have a Cooperative Leadership Focus Group (E and T, HR, Ops, and EEO leaders) create a new Organizational Chart based on the line and staff type organization (Nathan Ionone, Supervision of Police Personnel). Give everyone appropriate Titles-Not Chiefs for All Males.

**Assign a full time Deputy Sheriff and a full time Deputy Sheriff Sergeant to Education and Training** along with the civilian Training Coordinator that I currently have assigned to me. The current setup violates the rule of Unity of Command and it undermines my authority as a leader. I have a sergeant reporting to me and another Major. It is at its core, confusing. With the new hires coming in, there will be much to do in getting these individual certified, including a comparative compliance class, so there is no way it can be managed with 8 total trainees and the new hires. Then in 2022, we have In-Service to manage.

**Sheriff John Anderson Notified of All Disciplinary Cases in Writing**-ensure the agency head receives a written notification and summary of all disciplinary cases from IA and all those cases are signed by a supervisor when the Notification to Accused is sent.

Respectfully,
Sabrina Tapp-Harper