# Baltimore City Sheriff's Office

John W. Anderson, Sheriff

Main Office
The Clarence Mitchell Courthouse
100 N. Calvert Street
Baltimore, Maryland 21202

Phone: 410-396-1155
Fax: 410-727-3507

District Court Office
111 N. Calvert Street
Baltimore, Maryland 21202

Phone: 410-396-7412
Fax: 410-396-7439

August 15, 2022

Dear Major Tapp-Harper:

This letter memorializes your promotion to the position of Assistant Sheriff within the Baltimore City Sheriff's Office, and also serves as an agreement ("Agreement") between you and the Sheriff to resolve all pending and potential claims concerning this promotion. Please review the terms set out below and sign this letter indicating your agreement to the terms herein.

With this promotion, you will be tasked with new roles and responsibilities. We hope that you continue your commitment and devotion to the job.

To accept your promotion to Assistant Sheriff and the terms of this Agreement, you must sign and return this letter to me by no later than, **Monday, August 22nd, 2022.** This promotion is not effective until such receipt. Once signed and returned, your promotion to Assistant Sheriff will be effective, **Thursday, September 1st, 2022**, by a personnel order on that date and you will report to your new assignment. If approved your new annual salary upon appointment will be $**117,748**.

In exchange for the Sheriff's offer of this promotion to Assistant Sheriff, you agree to hereby and forever release and discharge the State of Maryland, the Baltimore City Sheriff, and any member of the Baltimore City Sheriff's Office from any claim, demand, right, or cause of action, of whatever nature or kind, in law, equity, administrative proceeding, or otherwise, or any entitlement to attorneys' fees, and from any other matter, including, but not limited to all claims, stated or unstated, of discrimination, harassment, and/or retaliation, and any other claim whatsoever you could make, arising from any events during your employment to date with the Baltimore City Sheriff. You agree that the release and waivers set forth shall exclude: (1) any action to enforce this Agreement; and (2) any claim that arises only after the date this Agreement is fully executed.

Also in exchange for the Sheriff's offer of this promotion to Assistant Sheriff, you hereby agree to voluntarily dismiss and/or withdraw all claims, complaints, and/or charges of discrimination made to date with government agencies, including but not



EXHIBIT
3

limited to submitting a written withdrawal of your internal EEO Complaint dated September 7, 2021, and amended on September 29, 2021.

Nothing in this Agreement shall be considered or construed as an admission of any breach, wrongdoing, negligence, or discrimination on the part of the Sheriff.

You acknowledge that you have carefully and fully read this Agreement and understand all of the terms and conditions and accept the terms of this Agreement as your own free and voluntary act, without duress, and you intend to be legally bound by the Agreement.

If for any reason you do not fully comply with the terms of this Agreement, the Sheriff reserves the right to rescind the promotion and demote you back to the rank of Major. In addition, if you commit acts of misconduct after the execution of this Agreement and before the end of your employment, the Sheriff reserves the right to initiate any appropriate internal investigations and/or disciplinary actions.

Once signed and returned, the Sheriff will sign the letter to fully execute this Agreement and issue a personnel order to be effective September 1st, 2022. This letter will be placed in your personnel file and will subject to confidentiality as a personnel record under the Maryland Public Information Act, Md. Code Ann., Gen. Prov. § 4-311, and will not be disclosed except if required by law.

The Sheriff looks forward to making this promotion and resolving the pending disputes so that all parties can move forward. Once again, congratulations and we wish you the very best in your new role.

Best Regards,

Eness Brown,
Director of Human Resources

I, Sabrina Tapp-Harper, have reviewed the terms of this agreement and hereby agree to its terms.

Sabrina Tapp-Harper — Date: 8/17/22

Sheriff John Anderson — Date: 8/18/22