# Baltimore City Sheriff's Office

Samuel Cogen, Sheriff

Main Office
The Clarence Mitchell Courthouse
100 N. Calvert Street
Baltimore, Maryland 21202
Phone: 410-396-1155
Fax: 410-727-3507

District Court Office
111 N. Calvert Street
Baltimore, Maryland 21202
Phone: 410-396-7412
Fax: 410-396-7439

December 27, 2022

Ms. Sabrina Tapp-Harper

100 E Redwood Street

Baltimore, Maryland 21202

Dear Ms. Tapp-Harper

This letter is to inform you that your employment as Assistant Sheriff with the Baltimore City Sheriff's Office is terminated effective December 27, 2022. Your last day worked will be effective immediately, as of December 27, 2022.

As a member of the Command Staff, your employment with the Sheriff's Office is at-will and, therefore, your employment can be terminated, at any time, with or without cause, and with or without notice.

Please return all City-issued property (identification, building access badge, laptop computer, cell phone, office keys, etc.) to your supervisor or designated representative within one (1) week of the date of this letter. Failure to return all City-issued property will delay final payout of any/all accrued leave from Central Payroll. Additionally, please contact Tyra Stewart, at 410-396-8890, to arrange to pick up any personal items remaining in your office.

Employees who separate from City employment, including eligible dependents, will receive notification of their rights to continue health care benefits. A COBRA

EXHIBIT
5

notification letter along with a COBRA election form, will be mailed to the address on file at time of separation. If the address stated above is incorrect, please contact agency Human Resources at 410-396-8890 immediately, so that it can be updated.

For questions regarding continued health insurance, or if notification is not received, contact the City's Benefits Office at 410-396-5830.

Sincerely,

Sheriff Sam Cogen

cc: SUPERVISOR

HR REPRESENTATIVE